UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80190-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

JOHN HENRY THOMPSON,
    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING SENTENCING HEARING

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 50], dated September 17, 2013. Upon consideration, it is

    **ORDERED** and **ADJUDGED** that:

    1. The Magistrate Judge's Report and Recommendations are **adopted**.

    2. A sentencing hearing will be conducted on **Thursday, October 3, 2013, at 1:45 p.m.** in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

    **DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 24th day of September, 2013.

**copy furnished:**
AUSA Ellen L. Cohen
James S. Benjamin, Esq.
United States Marshal's Service
United States Probation Office

_____
Daniel T. K. Hurley
United States District Judge